JIM D. SMITH
ATTORNEY AT LAW
221 S. Second Avenue
Yuma, Arizona  85364
(928) 783-7809
Attorney No. 2661

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 Case |
| | Case No. 0:13-bk-05023-BMW |
| MARIA T. RICO, | |
| Debtor. | |
| JIM D. SMITH, not individually but as Chapter 7 Trustee, | Adv. No. 0:21-ap-00   -BMW |
| Plaintiff, | TRUSTEE'S COMPLAINT TO SET ASIDE AND PRESERVE POST-PETITION TRANSFER |
| v. | |
| MARIA T. RICO nka MARIA T. LOPEZ; and FIGURE LENDING, LLC, a limited liability company, | |
| Defendants. | |

PLAINTIFF ALLEGES:

I.

That Plaintiff is the duly appointed and acting Chapter 7 Bankruptcy Trustee appointed to administer the Maria Rico Chapter 7 Bankruptcy Estate.

. . .

. . .

II.

That on April 1, 2013, the Debtor Maria Rico, now sometimes known as Maria Lopez, (herein "Maria Rico") filed this Chapter 7 Bankruptcy Case.

III.

That on May 14, 2008, prior to filing Chapter 7 Bankruptcy, Maria Rico purchased a 50% interest in real property located in Maricopa, Arizona, generally described as the "Maricopa Property". Attached as Exhibit "A" is the Deed evidencing Maria Rico's 50% ownership interest.

IV.

That on April 1, 2013, upon filing Chapter 7 Bankruptcy, Maria Rico's 50% interest in the Maricopa Property became property of Maria Rico's Bankruptcy Estate by operation of Federal Bankruptcy Law, Bankruptcy Code Section 541.

V.

That on or about June 13, 2019, Maria Rico executed an "Open End Deed of Trust" where Maria Rico transferred Maria Rico's 50% interest in the Maricopa Property as security for a loan to Figure Lending, LLC, a copy of the Deed of Trust is attached as Exhibit "B" (herein the "Figure Lending Deed of Trust").

VII.

That on June 13, 2019, Maria Rico had no legal authority to execute the Figure Lending Deed of Trust which was a post-petition transfer, voidable or void under Bankruptcy Code Section 549(a)(1).

|   |   |
|---|---|
| 1 | VIII. |
| 2 | That Bankruptcy Code Section 551 provides that transfers |
| 3 | avoided under Bankruptcy Code Section 549 are preserved for the |
| 4 | Bankruptcy Estate. |
| 5 | WHEREFORE, Plaintiff prays for relief as follows: |
| 6 | 1. That the Figure Lending Deed of Trust be preserved for and |
| 7 | transferred to the Chapter 7 Bankruptcy Estate of Maria Rico, and, |
| 8 | 2. That the Figure Lending Deed of Trust be avoided as an |
| 9 | unauthorized post-petition transfer of Bankruptcy Estate Property, |
| 10 | and, |
| 11 | 3. For such other and further relief as the Court may |
| 12 | determine is warranted by the facts. |
| 13 | DATED: 9/9/21 |

/s/ Jim D. Smith
Jim D. Smith
Attorney for Trustee


OFFICIAL RECORDS OF
P\_\_\_AL COUNTY RECORDER
LAURA DEAN-LYTLE

DATE/TIME: 05/14/08 1337
FEE: $14.00
PAGES: 3
FEE NUMBER: 2008-045800

When Recorded, Mail To:
Servicelink
4000 Industrial Blvd.
Aliquippa, PA 15001
SL # 1558691

(3)

## SPECIAL WARRANTY DEED

EXEMPT UNDER 11-1134(3) A-3

FOR THE CONSIDERATION OF **One Hundred Ninety Three Thousand Dollars and no/cents ($193,000.00)**, FEDERAL HOME LOAN MORTGAGE CORPORATION, a Corporation under the laws of Texas, the Grantor herein, does hereby convey to Erikka Rico an unmarried woman and Maria Theresa Rico, an unmarried woman as sole and separate property, the Grantee, the following real property situated in Pinal County, Arizona, together with all rights and privileges appurtenant thereto, to wit:

All that certain parcel of land situate in the County of Pinal, State of Arizona, being known and designated as follows:

Lot 404, of Senita Unit 1, according to Cabinet E, Slide 137 records of Pinal County, Arizona.

Tax/Parcel ID: 512-38-40406

Commonly known as **43560 West Elizabeth Avenue, Maricopa, AZ 85239**

This Deed conveys after-acquired title. Grantor warrants that Grantor has not done or suffered anything to encumber the property.

Subject to all taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record.

And the Grantor herby binds itself and it successors to warrant and defend the title, as against all acts of the Grantor herein and no other, subject to the matters above set forth.

The Seller makes no representations or warranties, of any kind or nature whatsoever, whether expressed, implied, implied by law, or otherwise, concerning the condition of the title of the property.

*Maria Theresa Rico* (signature)

_____

Exhibit "A"

~~Federal Home Loan Mortgage Corporation~~
~~By Chicago Title Insurance Company dba~~
~~ServiceLink As Attorney-In-Fact~~

~~BY~~
_____
~~Its~~

* POA Recorded: recorded on 08/14/2007 in Document# 2007-0912287

STATE OF Arizona )
                 )SS.
COUNTY OF Yuma )

This instrument was acknowledged before me this 8th day of May, 2008, by Maria Theresa Rico the ~~XXXXXXXXXXXXXXXX of Chicago Title Insurance Company dba ServiceLink a Corporation under the laws of Pennsylvania, on behalf of Federal Home Loan Mortgage Corporation, a federal corporation under the laws of United States of America, the Grantor~~.

My Commission Expires: 11/7/09

_____
Notary Public

ANDREW O. TORRES
Notary Public - Arizona
YUMA COUNTY
My Comm. Exp. 11-7-2009

Federal Home Loan Mortgage Corporation
by Chicago Title Insurance Company dba
ServiceLink as Attorney-In-Fact*

By: _____ SVP
Its: David Steinmetz

* POA Recorded: recorded on 08/14/2007 in Document# 2007-0912287

STATE OF _PA_ )
                )SS.
COUNTY OF _Beaver_ )

This instrument was acknowledged before me this _2_ day of _April_, 2008, by _David Steinmetz_ the _SVP_ Chicago Title Insurance Company dba ServiceLink, a _Corporation_ under the laws of _Corporation_ _Pennsylvania_, on behalf of the _Federal Home Loan Mortgage_, Grantor.

My Commission Expires:
_10/10/10_

_____
Notary Public
Marsha L. Hancock

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Marsha L. Hancock, Notary Public
Hopewell Twp., Beaver County
My Commission Expires Oct. 10, 2010
Member, Pennsylvania Association of Notaries

After Recording Return To:
~~CONFIDENTIAL~~

Figure Lending LLC
237 Kearny Street, #170
San Francisco, CA 94108



OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 06/18/2019 0951
FEE: $25.00
PAGES: 11
FEE NUMBER: 2019-048082

## Arizona
## OPEN END DEED OF TRUST
### (Securing Future Advances)

**THIS OPEN-END DEED OF TRUST** ("Deed of Trust") is made on 06/13/2019. The trustor(s) is/are Erikka Rico and Maria Rico whose mailing address is 43560 W ELIZABETH AVE MARICOPA, AZ 85138. The trustee is Trustee Services Inc. ("Trustee") whose mailing address is P.O. Box 2980, Silverdale, WA 98383-2980. The beneficiary is Figure Lending LLC whose address is 650 California Street, Suite 2700, San Francisco, CA 94108. In this Deed of Trust, the terms "you," "your" and "yours" refer to the trustor(s). The terms "we," "us" and "our" refer to the beneficiary.

Pursuant to a Home Equity Line of Credit Agreement ("Agreement") dated 06/07/2019, Erikka Rico ("Borrower") may incur indebtedness in amounts fluctuating from time to time up to a credit limit of U.S. $42,802.00. The Agreement is a revolving, open-end line of credit. The Agreement provides for monthly payments of principal and interest. All amounts due under the Agreement must be paid in full not later than 06/18/2034. Additional draws may be taken under the Agreement and each draw may have a different interest rate, as set forth more fully in the Agreement, and, as a result, the dollar amount of the monthly payments of principal and interest required under the Agreement may increase.

Pursuant to the terms of the Agreement, Borrower may request draws from time to time, subject to the credit limit and other limitations contained in the Agreement. Each draw will be recorded in our books and records and will be due and payable no later than the end of its repayment period as set forth in the Agreement. All draws, with interest thereon, and all and other amounts Borrower owes us under the Agreement will be secured by this Deed of Trust. You agree that all draws taken by Borrower will be considered draws taken to or for the benefit of each or any of you, even if you did not sign the Agreement and even if you did not request the draw.

You agree that this Deed of Trust will continue to secure all draws now or later taken under the terms of the Agreement, including draws taken whether or not at the time a draw is taken there is any principal balance outstanding under the Agreement. The parties agree that this Deed of Trust will secure unpaid draws, interest, future draws, and all other amounts due under this Deed of Trust and the Agreement.

This Deed of Trust secures to us: (a) the repayment of all amounts owed to us under the Agreement, including future draws, and all refinancings, renewals, extensions and modifications of the Agreement; (b) the payment of all other amounts, with interest, advanced under this Deed of Trust to protect the security of this Deed of Trust; and (c) the performance of your covenants and agreements under this Deed of Trust and the Agreement. For this purpose and in consideration of the debt, you irrevocably encumber, grant and convey to Trustee and Trustee's successors and assigns, in trust, with power of sale, the following described property located in PINAL County, Arizona: described on exhibit A attached hereto

1

which has the address of 43560 W ELIZABETH AVE, MARICOPA, Arizona 85138 ("Property Address");

**TO HAVE AND TO HOLD** this property unto us and our successors and assigns, forever, together with all the improvements now or later erected on the property, and all easements, rights, appurtenances, and fixtures now or later a part of the property. All replacements and additions will also be covered by this Deed of Trust. All of the foregoing is referred to in this Deed of Trust as the "Property."

**YOU COVENANT** that you are lawfully seized of the estate conveyed in this Deed of Trust and have the right to encumber, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. You warrant and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

**YOU AND WE** covenant and agree as follows:

**1. Payment of Principal, Interest and Other Charges.** Borrower will pay when due the principal, interest and all other amounts owing under the Agreement and all other amounts due under this Deed of Trust.

**2. Application of Payments.** Unless applicable law provides otherwise, all payments received by us under the Agreement and Section 1 will be applied by us as provided in the Agreement.

**3. Prior Deed of Trusts; Charges; Liens.** You will perform all of your obligations under any mortgage, deed of trust or other security instruments with a lien which has priority over this Deed of Trust, including your covenants to make payments when due. You will pay all taxes, assessments, charges, fines and impositions attributable to the Property which may attain priority over this Deed of Trust or any advance under this Deed of Trust, and leasehold payments or ground rents, if any. Upon our request, you will promptly furnish to us all notices of amounts to be paid under this Section and receipts evidencing any such payments you make directly. You will promptly discharge any lien (other than a lien disclosed to us in your application or in any title report we obtained) which has priority over this Deed of Trust or any advance under this Deed of Trust.

We specifically reserve to ourself and our successors and assigns the unilateral right to require, upon notice, that Borrower pay to us on the day monthly payments are due an amount equal to one-twelfth (1/12) of the yearly taxes, and assessments (including condominium and planned unit development assessments, if any) which may attain priority over this Deed of Trust and ground rents on the Property, if any, plus one-twelfth (1/12) of yearly premium installments for hazard and mortgage insurance, all as we reasonably estimate initially and from time to time, as allowed by and in accordance with applicable law.

**4. Hazard Insurance.** You will keep the Property insured against loss by fire, hazards included within the term "extended coverage" and any other hazards, including floods or flooding and earthquakes, for which we require insurance. This insurance will be maintained